# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

KELVIN CAIN, )
 )
    Plaintiff, )
 )
v. ) Case No. CV411-165
 )
GREGORY MCLAUGHLIN, *et al.*, )
 )
    Defendants. )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Kelvin Cain filed this 42 U.S.C. § 1983 action on June 28, 2011. Doc. 1. Because he accompanied it with no filing fee or motion to proceed *in forma pauperis* ("IFP"), the Clerk sent him a deficiency notice that day. Doc. 2. The notice directed Cain to submit the filing fee or an IFP motion by July 19, 2011. *Id.* Cain, however, also failed to keep the Court apprised of his current address, as that notice has been returned by the Postal Service as "underliverable." Doc. 3. Local Rule 11.1 places a continuing duty on attorneys and *pro se* litigants to keep the Court apprised of their current address. Without a

current mailing address, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co- op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused form any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED** this  18th  day of July, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA