IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2011 OCT 26  PM 3:28

| | | |
|---|---|---|
| KELVIN CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-165 |
| | ) | |
| GREGORY MCLAUGHLIN, Macon State Prison; JOSEPH BADEN, Macon State Prison; DEPUTY WARDEN CHRISTINE CROSS, Care and Treatment, Macon State Prison; TIFFANY WHATLEY, Macon State Prison; DOCTOR AYERS, Macon State Prison; LARRY JEROME, Unit Manager, Macon State Prison; P.A. EDWARDS; and CHRISTINE CROSS; | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA