IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA  2011 OCT 26  PM 3:28
SAVANNAH DIVISION

```
KELVIN CAIN,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CASE NO. CV411-165
                                    )
GREGORY MCLAUGHLIN, Macon State     )
Prison; JOSEPH BADEN, Macon         )
State Prison; DEPUTY WARDEN         )
CHRISTINE CROSS, Care and           )
Treatment, Macon State Prison;      )
TIFFANY WHATLEY, Macon State        )
Prison; DOCTOR AYERS, Macon         )
State Prison; LARRY JEROME, Unit    )
Manager, Macon State Prison;        )
P.A. EDWARDS; and CHRISTINE         )
CROSS;                              )
                                    )
        Defendants.                 )
                                    )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 4), to which no objections have been filed.
After a careful de novo review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this case
and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.
Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA